**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 14, 2019

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2019

**Re:    United States v. Parfait Mutimura, 19 Cr. 592 (LGS)**

Honorable Judge Schofield:

I write, with consent from the Government and with consent from Pretrial Services, to respectfully request that the Court modify Mr. Mutimura's bail conditions so that he may reside in New York City, provided that the residence is approved for GPS monitoring by SDNY Pretrial Services.

On August 10, 2019, Magistrate Judge Debra C. Freeman granted Mr. Mutimura bail with the following conditions, *inter alia*: A $150,000 personal recognizance bond co-signed by three FRPs and secured by $25,000 or property; pretrial supervision as directed; travel restricted to SDNY/EDNY/NDNY; defendant to engage in no employment that would give access to personal identifying information of others; home detention with electronic monitoring; defendant to reside with Sebastian Rukarisha; and defendant detained until all conditions met. On September 13, 2019, Mr. Mutimura was released upon meeting his bail conditions.

Since his release, Mr. Mutimura has been fully compliant with the conditions of his bail. As mandated by his bail conditions, Mr. Mutimura currently resides with his friend Sebastian Rukarisha in upstate New York. However, Mr. Mutimura recently obtained employment at an organization in New York City. (This employment is consistent with Mr. Mutimura's bail conditions; a job confirmation letter has been provided to Pretrial Services and is available upon the Court's request). Mr. Mutimura is able to begin working as early as November 18, 2019, but this would require him to relocate to an apartment in New York City to be closer to work. As such, we request that Mr. Mutimura's bail conditions be modified so that he may reside in New York City while on home detention with GPS monitoring, rather than continue to live with Sebastian Rukarisha in upstate New York. Assistant U.S. Attorney Jun Xiang and NDNY Pretrial Services Officer Ron LaCoy consent to Mr. Mutimura's request, provided that the New York City apartment is approved by SDNY Pretrial Services for GPS monitoring.

Thank you for your consideration of this matter.

The Clerk of the Court is directed to terminate the letter motion at docket number 22.
Dated: November 15, 2019
New York, New York

SO ORDERED

/s/ HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Respectfully submitted,
/s/ Jennifer Willis
Jennifer Willis
Assistant Federal Defender
(212) 417-8743

cc:    AUSA Jun Xiang (by ECF) and PTSO Roy LaCoy (by email)