```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                        Plaintiff,          :
                                                            :      19 Cr. 592 (LGS)
            -against-                                       :
                                                            :      SCHEDULING ORDER
PARFAIT MUTIMURA,                                           :
                                        Defendant.          :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2019

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that that the parties shall file by **February 13, 2020,** any motions in limine, and by **February 20, 2020,** any responses to the motions.

**ORDERED** that the parties shall file by **February 27, 2020**, a joint statement as provided in the Court's Individual Rule H.1., a joint proposed voir dire, joint proposed requests to charge, and a joint proposed verdict sheet, in each case noting any disagreements between or among the parties.

**ORDERED** that the parties shall appear for a final pretrial conference on **March 5, 2020, at 11:30 a.m. in Courtroom 1106 of the Thurgood Marshal Courthouse, 40 Foley Square, New York, New York, 10007.**

**ORDERED** that at the final pretrial conference, the Government shall provide the Court and the Defendant with a list of anticipated witnesses and exhibits, and the Defendant shall provide the Court and the Government with a list of potential witnesses for purposes of voir dire. In addition, the parties shall be prepared to discuss with the Court the number of trial days needed.

**ORDERED** that a jury trial is scheduled to begin on **March 16, 2020, at 9:45 a.m.** The parties are reminded that any discussions regarding the possible disposition of this matter will not

stay the Court's aforementioned schedule.

**ORDERED** that for the reasons stated in the December 13, 2019, letter (Dkt. No. 26), the Court finds that the ends of justice served by excluding the time between today until March 5, 2020, outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. 3161(h)(7)(A).

The Clerk of Court is respectfully directed to close the open motion at Dkt. No. 26.

Dated: December 17, 2019
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**