UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2020

United States of America,

v.

Parfait Mutimura,
     a/k/a "Parfait Niyomugabo,"

*Defendant.*

~~[PROPOSED]~~
ORDER

19 Cr. 592 (LGS)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on February 7, 2020;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

The Clerk of the Court is directed to terminate the letter motion at docket number 31.

**SO ORDERED:**

Dated: New York, New York
      February __13__, 2020

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**