```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
    UNITED STATES OF AMERICA,                 :
                              Plaintiff,      :
                                              :          20 Cr. 592 (LGS)
             -against-                        :
                                              :          SCHEDULING ORDER
    PARFAIT MUTIMURA,                         :
                              Defendant,      :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/14/2020

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Parfait Mutimura's sentencing hearing shall be held on **June 9, 2020** at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **May 18, 2020**. The Government's pre-sentencing submission, if any, shall be filed by **May 21, 2020.**

Dated: February 14, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**