```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   19-CR-592-LGS-1
                                    :
    -against-                       :   ORDER
                                    :
Parfait Mutimura                    :
                                    :
        Defendant                   :
                                    :
------------------------------------X
```

LORNA G. SCHOFIELD, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to remove the condition of curfew enforced by GPS monitoring.

    Dated: New York, New York
           April 1, 2020

SO ORDERED:

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**