# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 20, 2020

Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re:  United States v. Parfait Mutimura
     19 Cr 592 (LGS)

Dear Judge Schofield,

    I write with the consent of the government (AUSA Jun Xiang) to request an adjournment of the sentencing hearing currently scheduled for June 9, 2020 and an enlargement of time for the filing of sentencing submissions. The reason for the adjournment request is to two-fold. First, the defense is awaiting some additional documents which are necessary for the defense sentencing submission. Second, given the current global health crisis and the corresponding standing orders from Chief Judge McMahon, an in person sentencing hearing would not be able to take place on June 9. Both Mr. Mutimura and counsel believe that a remote proceeding would not be appropriate for his hearing.

    I request that the sentencing be adjourned for at least two months. This is the first request for an adjournment of sentencing. I

    Thank you for your consideration of this request.

Respectfully submitted,
/s/
Jennifer E. Willis
Assistant Federal Defender
(212) 417-8743

Cc:  AUSA Jun Xiang

---

*Judge's endorsement:*

Application Granted. Defendant Mutimura's sentencing hearing is adjourned to August 25, 2020 at 11:00 a.m. Defendant's submission shall be filed on August 3, 2020. The Government's submission, if any, shall be filed by August 6, 2020. The Clerk of the Court is directed to terminate the letter motion at docket number 38.

Dated: May 22, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE