**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 6, 2020

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 41.

Dated: August 6, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   **United States v. Parfait Mutimura**, 19 Cr. 592 (LGS)

Dear Judge Schofield:

The Government respectfully submits this letter to request an extension of the filing deadline for the Government's sentencing submission from today until Monday, August 10, 2020. Sentencing is scheduled for August 25, 2020.

The defense's August 3, 2020 sentencing submission makes a number of assertions—including with respect to the reason for the victims' losses, the defendant's lifestyle, and the defendant's interactions with victims—that the Government believes to be false and that the Government intends to rebut with exhibits.  The Government respectfully requests this short adjournment to gather and include those materials as part of its submission.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

by:  /s/ Jun Xiang
     Jun Xiang
     Assistant United States Attorney
     (212) 637-2289

**CC (By ECF)**
Jennifer Willis, Esq.