**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 2, 2020

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    **United States v. Parfait Mutimura**,
             **19 CR. 592 (LGS)**

Dear Judge Schofield:

    I write to request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Mr. Parfait Mutimura's passport to his friend—Sebastian Rukarisha—or to a representative from my office. Mr. Mutimura's passport was surrendered to Pretrial Services during the pendency of his criminal case. On August 25, 2020, Mr. Mutimura received a sentence of 63 months' imprisonment with three years of supervised release. Pretrial Services has informed my office that they can only release Mr. Mutimura's passport pursuant to a Court order. We thus respectfully request that the Court order the release of his passport.

    Respectfully submitted,

    /s/
    Jennifer E. Willis
    Assistant Federal Defender
    (212) 417-8743 / (917) 572-5792

The Clerk of the Court is directed to terminate the letter motion at docket number 50.

Dated: September 2, 2020
New York, New York

**SO ORDERED:**

_/s/ Lorna G. Schofield_
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**