UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,

         -against-

PARFAIT MUTIMURA,

                  Defendants.

19 Crim. 592 (LGS)

ORDER

Lorna G. Schofield, United States District Judge:

      WHEREAS, incarcerated pro se Defendant filed a request for sentence reduction to home confinement in light of risks associated with the COVID-19 pandemic, namely: (1) alleged unsanitary conditions at his detention facility; (2) a lack of social distancing in his dormitory; (3) inadequate medical care and (4) underlying health conditions (Dkt. No. 55).  Construing pro se Defendant's pleadings liberally, *Harris v. Mills*, 572 F.3d 66, 72 (2d Cir. 2009), and interpreting them to raise the "strongest [claims] that they suggest," *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474 (2d Cir. 2006), Defendant seeks compassionate release due to the risks of COVID-19.  It is hereby

      **ORDERED** that by **March 1, 2021**, the Government shall (1) file a response to Defendant's request at Docket No. 55 in accordance with the Individual Rules and (2) email Defendant's BOP medical records to the chambers email address.

      The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Defendant.

Dated:  February 17, 2021
       New York, New York

                                LORNA G. SCHOFIELD
                                UNITED STATES DISTRICT JUDGE