UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>               -against-<br><br>PARFAIT MUTIMURA,<br><br>                                    Defendants. | 19 Crim. 592 (LGS)<br><br>ORDER |

Lorna G. Schofield, United States District Judge:

      WHEREAS, pro se Defendant filed a reply (Dkt. No. 64) to the Government's opposition to Defendant's petition for compassionate release.  Because the Court did not grant leave for Defendant to file a reply, the Court construes Defendant's submission as a motion for leave to file a reply.  Defendant's reply repeats the arguments made in his original petition regarding the risks of COVID-19 at his facility and his own medical conditions.  Further briefing on these points is not warranted.  *See Chen-Oster v. Goldman, Sachs & Co.*, No. 10 Civ. 6950, 2019 WL 6221110, at *4 (S.D.N.Y. Oct. 7, 2019) (noting courts' discretion to permit replies); *United States v. Parlato*, No. 15 Crim 149, 2017 WL 9487081, at *5 (W.D.N.Y. Feb. 13, 2017), *report and recommendation adopted*, No. 15 Crim. 149, 2017 WL 2952832 (W.D.N.Y. July 10, 2017) (denying leave to reply when further briefing would be fruitless).  Accordingly, it is hereby

      **ORDERED** that Defendant's motion for leave to file a reply is **denied**.

      The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Defendant.

Dated:  March 16, 2021
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                                  **UNITED STATES DISTRICT JUDGE**