UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                              Plaintiff

                        19 Cr. 592 (LGS)

               -against-

                        <u>ORDER</u>

   PARFAIT MUTIMURA,

                             Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Defendant, acting *pro se*, filed a motion for reconsideration, which is currently pending (Dkt. No. 81).

      WHEREAS, on January 2, 2022, Defendant submitted a supplemental affidavit in support of his motion for compassionate release (Dkt. No. 84). It is hereby

      **ORDERED** that by **January 14, 2022**, the Government shall file a response to Defendant's supplemental affidavit. It is further

      **ORDERED** that by **January 14, 2022**, the Government shall email to Chambers any and all of Defendant's BOP medical records since November 1, 2021.

Dated: January 10, 2022
       New York, New York

                                                       LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE