UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                              Plaintiff

            -against-

PARFAIT MUTIMURA,
                             Defendant.
-------------------------------------------------------------X

19 Cr. 592 (LGS)

**AMENDED**

**ORDER**

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Defendant, acting *pro se*, filed a motion for reconsideration, which is currently pending (Dkt. No. 81).

    WHEREAS, on January 2, 2022, Defendant submitted a supplemental affidavit in support of his motion for compassionate release (Dkt. No. 84).  It is hereby

    **ORDERED** that by **January 14, 2022**, the Government shall file a response to Defendant's supplemental affidavit.  It is further

    **ORDERED** that by **January 14, 2022**, the Government shall email to Chambers any and all of Defendant's BOP medical records since November 1, 2021.

    The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff and to remove the Order at Docket No. 85.

    Dated:  January 12, 2022
               New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE